Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
06/28/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>COLLINS, JAMES JR<br>USMS# 21229-017 | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>5:22-mj-00407   3:2011-CR-08600-mcr<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/28/2022 at 8:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 06/28/2022 at 8:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No   ☐ Yes   Language: ___

7. Year of Birth: 1987

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): ___

11. Name: Cesar Perez   (please print)

12. Office Phone Number: 951.276.6160

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 06/28/2022

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION